IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JENNEFER LOWRANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WIZ KEY ENTERPRISES, LLC, | ) |
| | ) |
| Defendant. | )   Civil Action No. 3:21-CV-0659-C |

**DEFAULT JUDGMENT**

On this day, the Court considered Plaintiff's Motion for Default Judgment, filed July 21, 2021. After considering the motion and brief, the affidavits in support thereof, and other matters of record, the Court finds: (i) Wiz Key Enterprises, LLC ("Defendant") was regularly and duly served; (ii) Defendant failed to answer or defend within the time allowed and the time to do so has now expired; (iii) on June 23, 2021, a default was entered against Defendant by the Clerk of Court as provided by law; (iv) Defendant is not an infant, incompetent person, or in the military service; and (v) Plaintiff's claims are for a sum certain or for a sum which can by computation be made certain.

Accordingly, the Court hereby **ORDERS** that Plaintiff's Motion for Default Judgment be **GRANTED** as to Defendant Wiz Key Enterprises, LLC.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jennefer Lowrance be granted judgment against Defendant Wiz Key Enterprises, LLC, in the amount of $24,701.20—which includes $3,887.10 in unpaid overtime wages, plus $3,887.10 in liquidated damages, plus $10,000.00 in statutory damages sustained by Plaintiff as a result of Defendant's

violation of 26 U.S.C. § 7434, plus $5,985.00 in attorneys' fees, plus $942.00 in costs with post-judgment interest to accrue at the current judgment rate.

Aside from any future Court Orders, this Judgment disposes of all claims and all parties and is hereafter appealable.

SO ORDERED this 26th day of July, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE